■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER HOPE, Appellant. — Appeal by defendant from a judgment of the County Court, Nassau County (Kempner, J.), rendered April 2, 1981, convicting him of attempted robbery in the first degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues on this appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Gibbons, J. P., Gulotta, O'Connor and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVATORE TAORMINA and HENRY VERRICELLI, Appellants. — Appeals by defendants from two judgments (one as to each of them) of the County Court, Nassau County (Samenga, J.), both rendered April 6, 1981, convicting each of them of criminal possession of stolen property in the first degree and illegal possession of a vehicle identification number plate, upon a jury verdict, and imposing sentence. Judgments affirmed and case remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). We find that the error in giving the "pawnbroker" charge (see Penal Law, § 165.55, subd 2) is rendered harmless by virtue of the overwhelming proof of guilt (see *People v Crimmins,* 36 NY2d 230, 242). Lazer, J. P., Gibbons, Gulotta and Bracken, JJ., concur.